ORIGINAL

NORTHERN DISTRICT

**FILED**

OCT 2 1 2005

CLERK, U.S. DISTRICT COURT

By _____
          Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| ANDREW J. HUNT, | § | **6-05CV  074  C** |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. _____ |
| vs. | § | |
| | § | |
| HOME DEPOT U.S.A., INC., and | § | |
| HOME DEPOT INTERNATIONAL, INC., | § | |
| | § | JURY REQUESTED |
| Defendants. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Home Depot U.S.A. Inc. ("Home Depot"), Defendant in this cause, files this Notice of Removal pursuant to 28 U.S.C. §§1441 and 1446(a), and as grounds for removal shows the following:

### I. BACKGROUND

1.     Home Depot and Home Depot International, Inc. (hereinafter referred to as "HDI") are Defendants in an action pending in the 35th Judicial District Court of Brown County, Texas, entitled *Andrew J. Hunt vs. Home Depot U.S.A., Inc. and Home Depot International, Inc.,* Cause No. CV0509421 (hereinafter referred to as the "State Court Action"). The Plaintiff's Original Petition and the accompanying citation were served on HDI and Home Depot on September 15, 2005. HDI and Home Depot answered the suit on or about October 17, 2005. However, HDI is not a proper party to this action for the reasons discussed below.

6.     This notice of removal is timely filed under 28 U.S.C. § 1446(b) within 30 days after Home Depot received papers indicating that this case is one which is removable. True and

---

**DEFENDANT'S NOTICE OF REMOVAL**                                                                          **Page 1 of 4**

correct copies of all process, pleadings, and orders served in the State Court Action are attached hereto under Exhibit "B" as required by 28 U.S.C. § 1446(a).

## II. IMPROPERLY JOINED DEFENDANT

7.    Plaintiff's Original Petition named HDI as a Defendant. HDI is a corporation incorporated under the laws of the state of Delaware with its principal place of business in Texas. However, HDI is not a proper party to this action. HDI is a stock holding company that neither owns nor operates any retail store in Texas, and, specifically does not own nor operate the Home Depot retail store in Brownwood, Texas. (*See* Declaration of Rick Feeley under Exhibit "C"). There is no possibility that Plaintiff could recover against HDI, and, thus, HDI is fraudulently joined and its presence in the action should be disregarded when considering diversity jurisdiction.

## III. JURISDICTION AND VENUE

11.    Removal of this action is proper under 28 U.S.C. §1441. This is a civil action brought in a state court, and the federal district courts have original jurisdiction under 28 U.S.C. §1332 because Plaintiff and the properly joined and served Defendant (Home Depot) are diverse in citizenship, and the amount in controversy exceeds $75,000.

12.    Every Defendant that is properly joined and served is now and was at the time the action was commenced diverse in citizenship from every Plaintiff. No properly joined and served Defendant is or was at the time the suit was commenced a citizen of the State of Texas.

13.    Plaintiff Andrew J. Hunt is a resident of Brown County, Texas.

16.    Home Depot U.S.A. Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business, both now and at the time this action was commenced, in Atlanta, Georgia. Home Depot U.S.A. Inc. is and was at the time this action was commenced a citizen of the States of Delaware and Georgia and of no other state.

---

17.     Home Depot International, Inc. is a corporation incorporated under the laws of the State of Delaware with its principal place of business, both now and at the time this action was commenced, in Bedford, Texas.  Home Depot International, Inc. is not a proper defendant, and thus should not be considered when determining diversity jurisdiction.

19.     Home Depot constitutes the only Defendant in this cause who is properly joined and served.

20.     Venue is proper in this district and division under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

### IV.  JURY DEMAND

21.     Home Depot demands a trial by jury.

### V.  NOTICE TO STATE COURT

22.     On this date, a copy of this notice of removal was filed with the clerk of the state court where this cause has been pending.  Home Depot has also given adverse parties written notices of this notice of removal as required  by 28 U.S.C. § 1446(d).

### VI.  CONCLUSION

For these reasons, Home Depot pursuant to the removal statute and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this cause from the 35th Judicial District Court of Brown County, Texas, to this Court on this 20th day of October 2005.

---

Respectfully submitted,

Law Offices of Arthur K. Smith,
A Professional Corporation

By: _Arthur K Smith_

Arthur K. Smith
Attorney-in-Charge
State Bar No. 18534100

507 Prestige Circle
Allen, Texas 75002-3438
Telephone: 469/519-2500
Facsimile: 469/519-2555

ATTORNEY FOR DEFENDANT
HOME DEPOT U.S.A., INC.

## CERTIFICATE OF SERVICE

On the 20th day of October, 2005, a true and correct copy of the above and foregoing pleading was served upon counsel for Plaintiff via certified mail, return receipt requested, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

_Arthur K Smith_

Arthur K. Smith

150005.49\Fed Notice.Removal

---

**DEFENDANT'S NOTICE OF REMOVAL**                                      **Page 4 of 4**

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| ANDREW J. HUNT, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| HOME DEPOT U.S.A., INC., and | § | |
| HOME DEPOT INTERNATIONAL, INC., | § | |
| | § | |
|     Defendants. | § | JURY REQUESTED |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

**EXHIBIT A**   Index of Documents Filed with Notice of Removal

**EXHIBIT B**   State Court Documents

| TAB NO. | STATE COURT DOCUMENT | DATE FILED |
|---|---|---|
| 1 | Certified Copy of Court's Docket Sheet | N/A |
| 2 | Plaintiff's Original Petition | 09/15/05 |
| 3 | Return of Citation for Defendant Home Depot U.S.A., Inc. | 09/21/05 |
| 4 | Return of Citation for Defendant Home Depot, International | 09/21/05 |
| 5 | Original Answer and Special Exceptions of Defendant Home Depot U.S.A., Inc. | 10/14/05 |
| 6 | Original Answer and Special Exceptions of Defendant Home Depot, International | 10/14/05 |

**EXHIBIT C**   Declaration of Richard W. Feeley

162505.127/Notice Removal Index

## EXHIBIT A
### INDEX OF DOCUMENTS FILED WITN NOTICE OF REMOVAL

**EXHIBIT B**
**STATE COURT DOCUMENTS**

# TAB NO. 1

CAS101                          DOCKET BOOK REPORT                          PAGE    1

CASE # CV0509421                    COURT: DISTRICT COURT                    10/19/2005
CAUSE: INJURY/DAMAGE WITH NON MOTOR VEHICLE
STYLE: ANDREW J. HUNT                    VS HOME DEPOT, USA, INC. AND
                                            HOME DEPOT INTERNATIONAL, INC.

                                 PLAINTIFF

NAME _____          ATTORNEY _____

HUNT,ANDREW J.                                 MCDONALD,CHARLES
                                               P O BOX 74
                                               BANGS TX 76823
                                               325-752-7321

                                 DEFENDANT

NAME _____          ATTORNEY _____

HOME DEPOT INTERNATIONAL, INC.
C/O CT. CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TX 75201

HOME DEPOT, USA, INC.
C/O CT. CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TX 75201

TRANSACTIONS FOR ALL PARTIES                   REPORT FOR ALL DATES

09/19/2005            PLAINTIFF'S ORIGINAL PETITION - TWO CITATIONS -      311.00-
HUNT,ANDREW J.        SERVICE BY CERTIFIED MAIL (PC)
09/19/2005            PAYMENT                                              311.00
HUNT,ANDREW J.
09/26/2005            GREEN CARD RETURNED-HOME DEPOT USA INC. 9/21/05
HOME DEPOT, USA, I    SE
09/26/2005            GREEN CARD RETURNED-HOME DEPOT INTERNATIONAL
HOME DEPOT INTERNA    9/21/05     SE

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
STATE OF TEXAS
COUNTY OF BROWN
The document to which this certificate is affixed, containing ____/____
pages, is a full, true and correct copy of the original on file and of record in
my office

ATTEST: _October 19_ 20_05_

JAN BROWN, DISTRICT CLERK
BROWN COUNTY, TEXAS
BY _Sharon Eddings_ DEPUTY

# TAB NO. 2

# FILED

At *12:53* O'clock *P* M

SEP 19 2005

CAUSE NO. *CV0509421*

*Jan Brown*
Clerk District Court Brown Co TX
By ————————— *PC* Dep...

ANDREW J. HUNT
    Plaintiff

IN THE DISTRICT COURT

VS.

OF BROWN COUNTY, TEXAS

HOME DEPOT, USA, INC.
and HOME DEPOT INTERNATIONAL, INC. 35TH JUDICIAL DISTRICT
    Defendants

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now, **ANDREW J. HUNT**, Plaintiff, complaining of Home Depot USA, Inc. and Home Depot International, Inc., each probably doing business as "The Home Depot" in Brownwood, Texas, and for cause of action would respectfully show the court as follows:

    1.  Plaintiff is a resident of Brown County, Texas.  Defendant's may be served c/o Ct. Corporation System, 350 N. St. Paul Street, Dallas, Texas  75201.

    2.  Discovery is under Level 3.

FACTS:

    3.  On or about April 14, 2005 in Brownwood, Brown County, Texas, Plaintiff returned some lateral line to the store which has "The Home Depot" on it's sign.  He asked for a refund of the purchase price.

1

4.   The lady in "Customer Service Department" of the store, refused to refund any money.  When Plaintiff insisted that he did not want a "gift certificate" but the cash, she called a person she referred to as "The Manager".  "The Manager" argued a while and when Plaintiff insisted on cash, The Manager called the Brownwood police to eject Plaintiff from the store.  The police issued Plaintiff a "Criminal Trespass Warning" and said that this meant Plaintiff had to leave the store and the parking lot and never come back.  "The Manager" then handed me a "Gift Certificate" for $90.00.

5.   The Home Depot has stolen $81.24 from Plaintiff.

RECOVERY REQUESTED

6.   Defendant's are guilty of theft of 16 sticks of lateral line.

7.   Defendant's action caused Plaintiff great embarrassment and public shame and humiliation.  That he told the Defendant he was hurting from recent operations but they ignored it, causing him great pain and suffering.

8.   The damage to Plaintiff's spotless reputation that Plaintiff has enjoyed and maintained for 75 years amounts to Four Million Five Hundred Thousand Dollars ($4,500,000.00) and punitive damages for stealing my lateral line should be and additional One Million Five Hundred Thousand Dollars ($1,500,000.00). (anything less would be no lesson at all to either of the Defendants.)

2

9.   That the theft of Plaintiff's property requires that Defendants be required to pay the reasonable and necessary attorney fees that are alleged to be not less than $10,000.00 for trial to Court; $5,000.00 for appeal to Court of Appeals and an additional $5,000.00 for appeal to Supreme Court of Texas.

PRAYER

10.   Plaintiff prays that upon hearing he be given judgment as herein alleged, that the court order Defendant or either of them to cause the "Criminal Trespass Warning" to be annulled, for attorney fees in not less than $10,000.00 as herein alleged; that Defendants be required to issue a public apology for the action of the person called "The Manager" and for general relief.

Respectfully submitted,

Charles. E. McDonald
P. O. Box 74,
Bangs, Texas 76823
(325) 752-7321
SBN 13538000
ATTORNEY FOR PLAINTIFF

3

TAB NO. 3

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
09/21/2005
Log Number 510558390

TO: Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

RE: **Process Served in Texas**

FOR: Home Depot U.S.A., Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Andrew J. Hunt, Pltf. vs. Home Depot, USA, Inc. and Home Depot International, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Plaintiffs Original Petition |
| **COURT/AGENCY:** | 35th Judicial District Court of Brown County, Texas, ., . Case # CV0509421 |
| **NATURE OF ACTION:** | Monies Due and Owing - Materials Rendered - Failure to refund any money for Lateral lines. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/21/2005 postmarked on 09/19/2005 |
| **APPEARANCE OR ANSWER DUE:** | 10:00 a.m. on the Monday next after the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Charles McDonald P.O. Box 74 Bangs, Texas, 76823 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790160648474 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Beatrice Casarez |
| **ADDRESS:** | 350 North St. Paul Street Dallas, TX, 75201 |
| **TELEPHONE:** | 214-979-1172 |

Page 1 of 1 / AG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

## CITATION BY CERTIFIED MAIL

**CLERK OF THE COURT**
**JAN BROWN**
**200 S. BROADWAY**
**BROWNWOOD, TEXAS 76801**

**ATTORNEY FOR PLAINTIFF**
**CHARLES MCDONALD**
**P O BOX 74**
**BANGS TX 76823**

### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO: HOME DEPOT, USA, INC., C/O CT. CORPORATION SYSTEM, DALLAS, TX 75201**
**DEFENDANT, GREETING:**

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Brown County, Texas at the Courthouse of said County in Brownwood, Texas.

Said Plaintiff's Petition was filed in said court on the 19th day of September 2005 in this case, numbered CV0509421 on the docket of said court, and styled:

**ANDREW J. HUNT**
**vs.**
**HOME DEPOT, USA, INC. AND**
**HOME DEPOT INTERNATIONAL, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownwood, Texas this the 19th day of September, 2005.

**ATTEST: JAN BROWN, CLERK, DISTRICT COURT, BROWN COUNTY, TEXAS.**

BY:_____DEPUTY

I certify that on the 19th day of September, 2005 at 5:00 p.m., I mailed to HOME DEPOT, USA, INC. Defendant by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

BY:_____DEPUTY

**ATTACH RETURN RECEIPTS HERE**

TAB NO. 4

**CT** CORPORATION
A.WoltersKluwer Company

**Service of Process
Transmittal**
09/21/2005
Log Number 510558377

**TO:**  Nancy Bunker
The Home Depot, Inc.
2455 Paces Ferry Road, Building C-8th Floor
Atlanta, GA, 30339-4024

**RE:**   **Process Served in Texas**

**FOR:**  Home Depot International, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Andrew J. Hunt, Pltf. vs. Home Depot, USA, Inc. and Home Depot International, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Plaintiffs Original Petition |
| **COURT/AGENCY:** | 35th Judicial District Court of Brown County, Texas, ., . Case # CV0509421 |
| **NATURE OF ACTION:** | Monies Due and Owing - Materials Rendered - Failure to refund any money for Lateral lines. |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/21/2005 postmarked on 09/19/2005 |
| **APPEARANCE OR ANSWER DUE:** | 10:00 a.m. on the Monday next after the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Charles McDonald P.O. Box 74 Bangs, Texas, 76823 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790160648474 |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Beatrice Casarez 350 North St. Paul Street Dallas, TX, 75201 |
| **TELEPHONE:** | 214-979-1172 |

Page 1 of  1 / AG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

## CITATION BY CERTIFIED MAIL

**CLERK OF THE COURT**
**JAN BROWN**
**200 S. BROADWAY**
**BROWNWOOD, TEXAS 76801**

**ATTORNEY FOR PLAINTIFF**
**CHARLES MCDONALD**
**P O BOX 74**
**BANGS TX 76823**

### THE STATE OF TEXAS

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**TO:** **HOME DEPOT, INTERNATIONAL, INC., C/O CT. CORPORATION SYSTEM, DALLAS, TX 75201** **DEFENDANT, GREETING:**
You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Brown County, Texas at the Courthouse of said County in Brownwood, Texas.
Said Plaintiff's Petition was filed in said court on the 19th day of September 2005 in this case, numbered CV0509421 on the docket of said court, and styled:

**ANDREW J. HUNT**
**vs.**
**HOME DEPOT, USA, INC. AND**
**HOME DEPOT INTERNATIONAL, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part hereof.
The officer executing this writ shall promptly mail the same according to requirements of law, and the mandates thereof and make due return as the law directs.
Issued and given under my hand and seal of said Court at Brownwood, Texas this the 19th day of September, 2005.

**ATTEST: JAN BROWN, CLERK, DISTRICT COURT, BROWN COUNTY, TEXAS.**

BY:_____DEPUTY

I certify that on the 19th day of September, 2005 at 5:00 p.m., I mailed to HOME DEPOT, USA, INC. Defendant by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

BY:_____DEPUTY

**ATTACH RETURN RECEIPTS HERE**

TAB NO. 5

CAUSE NO. CV0509421

| | | |
|---|---|---|
| ANDREW J. HUNT, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | OF BROWN COUNTY, TEXAS |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| and HOME DEPOT INTERNATIONAL, INC., | § | |
| | § | |
| Defendant. | § | 35TH JUDICIAL DISTRICT |

## ORIGINAL ANSWER OF DEFENDANTS HOME DEPOT U.S.A., INC. AND HOME DEPOT INTERNATIONAL, INC. TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE:

COME NOW Home Depot U.S.A., Inc. and Home Depot International, Inc. (hereinafter collectively referred to as "Defendants"), Defendants in the above-entitled and numbered cause, and for their Original Answer to Plaintiff's Original Petition would respectfully show unto the Court as follows:

## ORIGINAL ANSWER

### I.

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants hereby enter a general denial, and demand that Plaintiff be required to prove his allegations by a preponderance of the evidence.

### II.

Pursuant to the Texas Government Code § 52.046 (Vernons 1998), Defendants request that a court reporter attend all sessions of the Court in conjunction with this civil action.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff take nothing by

---

ORIGINAL ANSWER OF DEFENDANTS HOME DEPOT U.S.A., INC. AND HOME DEPOT
INTERNATIONAL, INC. TO PLAINTIFF'S ORIGINAL PETITION — Page 1

this action and that Defendants be dismissed with their costs, and for such other relief, both general and specific, at law or in equity, to which Defendants may be justly entitled.

Respectfully submitted,

LAW OFFICES OF ARTHUR K. SMITH,
A Professional Corporation

By: _____
      Arthur K. Smith
      State Bar No. 18534100

      507 Prestige Circle
      Allen, Texas 75002
      Telephone: (469) 519-2500
      Facsimile: (469) 519-2555

ATTORNEY FOR DEFENDANT
HOME DEPOT U.S.A., INC. AND
HOME DEPOT INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the *14th* day of October, 2005, a copy of the foregoing pleading was forwarded via facsimile and via U.S. mail, first class, postage prepaid to Plaintiff's counsel.

_____
Arthur K. Smith

162505.127/Answer.Orig

**ORIGINAL ANSWER OF DEFENDANTS HOME DEPOT U.S.A., INC. AND HOME DEPOT INTERNATIONAL, INC. TO PLAINTIFF'S ORIGINAL PETITION — Page 2**

**EXHIBIT C**
**DECLARATION OF RICHARD W. FEELEY**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## SAN ANGELO DIVISION

| | | |
|---|---|---|
| ANDREW J. HUNT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| HOME DEPOT U.S.A., INC., and | § | |
| HOME DEPOT INTERNATIONAL, INC., | § | |
| | § | |
| Defendants. | § | JURY REQUESTED |

### DECLARATION OF RICHARD W. FEELEY

1.    "My name is Richard W. Feeley. I am over the age of 21 and do not suffer from any disabilities that would prevent me from providing sworn testimony. I am making this declaration in support of the Notice of Removal filed by Home Depot U.S.A., Inc. in the above-referenced lawsuit, and I do not intend to waive any privilege that may be available to me in connection with my communications with my legal counsel."

2.    "I have been continuously employed by Home Depot U.S.A., Inc. since 1999. My title at the present time is Director – Legal. Based on experience gained through my employment with Home Depot U.S.A., I have personal knowledge of the facts stated herein, and those facts are all true and correct."

3.    "Throughout the period of my employment with Home Depot U.S.A., Inc., Home Depot International, Inc. has operated as a stock "holding" company which has directors and officers, but it has not had any employees other than one part-time employee whose duties are limited to the provision of administrative and bookkeeping services."

4.    "Home Depot International, Inc. is now and, during the tenure of my employment with Home Depot U.S.A., Inc., always has been a company separate and distinct from Home Depot U.S.A., Inc. Throughout such period of time, Home Depot U.S.A., Inc. has been a wholly

owned subsidiary of The Home Depot, Inc.  Home Depot International, Inc. is also a wholly owned subsidiary of The Home Depot, Inc.  Moreover, there have not been any employees of Home Depot International, Inc. who have also been employees of Home Depot U.S.A., Inc."

5.      "Home Depot International, Inc. does not, now own or operate, nor has it ever owned or operated any Home Depot store.  Further, Home Depot International, Inc. does not procure or supply, nor has it ever procured or supplied, any of the merchandise sold in any Home Depot store, and has not contracted with any Home Depot store to provide it with any product or service."

6.      'Home Depot International, Inc. plays no role and has never played any role in the management or decision making process regarding operations of any Home Depot store."

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING STATEMENTS IN MY DECLARATION ARE TRUE AND CORRECT.


DATED: OCTOBER ₁9ᵗʰ, 2005.

Richard W. Feeley
Director – Legal
Home Depot U.S.A., Inc.

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

6-05CV 074 C

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM )

## I. (a) PLAINTIFFS

Andrew Hunt

**(b)** County of Residence of First Listed Plaintiff  Brown
(EXCEPT IN U S PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Charles E. McDonald  (325)752-7321
Post Office Box 74  Gold thwaite, Texas 76826

### DEFENDANTS

Home Depot USA, Inc., and Home Depot International, Inc.

County of Residence of First Listed Defendant
(IN U S PLAINTIFF CASES ONLY)
NOTE  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED

Attorneys (If Known)
Arthur K. Smith  (469)519-2500
Law Offices of Arthur K. Smith
507 Prestige Circle, Allen, Texas, 75002

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U S Government
Plaintiff

☐ 2  U S Government
Defendant

☐ 3  Federal Question
(U S Government Not a Party)

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 362 Personal Injury - Med Malpractice | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl Ret Inc Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1  Original Proceeding
☒ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
28 U.S.C. §1332
Brief description of cause  personal injury -damage to reputation & theft

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F R C P 23

**DEMAND $** $6,000,000

CHECK YES only if demanded in complaint
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE

DOCKET NUMBER

DATE  10-20-05

SIGNATURE OF ATTORNEY OF RECORD  Arthur K Smith

## FOR OFFICE USE ONLY

RECEIPT # 35230  AMOUNT $250.00  APPLYING IFP _____  JUDGE _____  MAG JUDGE _____

**United States District Court**
**Northern District of Texas**

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the**
**U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1.    **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 35th District Court Brown County, Texas | CV0509421 |

2.    **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party and Party Type | Attorney(s) |
|---|---|
| Andrew J. Hunt *Plaintiff* | Charles E. McDonald State Bar No. 13538000 Post Office Box 74 Bangs, Texas 76823 Telephone: (325) 752-7321 Facsimile: (325) 752-7653 |

**Supplemental Civil Cover Sheet**
Page - 2

|  |  |
|---|---|
| Home Depot U.S.A., Inc.<br>*Defendant* | Arthur K. Smith<br>State Bar No. 18534100<br>LAW OFFICES OF ARTHUR K. SMITH,<br>a Professional Corporation<br>507 Prestige Circle<br>Allen, TX  75002<br>Telephone:  (469) 519-2500<br>Facsimile:  (469) 519-2555 |
| Home Depot, International, Inc.<br>*Defendant* | Arthur K. Smith<br>State Bar No. 18534100<br>LAW OFFICES OF ARTHUR K. SMITH,<br>a Professional Corporation<br>507 Prestige Circle<br>Allen, TX  75002<br>Telephone:  (469) 519-2500<br>Facsimile:  (469) 519-2555 |

**3.    Jury Demand:**

Was a Jury Demand made in State Court?           _____ Yes ___X___ No

If "*Yes*," by which party and on what date?

_____          _____

Party                                                          Date

**4.    Answer:**

Was an Answer made in State Court?             ___X___ Yes _____ No

If "*Yes*," by which party and on what date?

_____Home Depot U.S.A., Inc._____          _____10/14/05_____

Party                                                          Date

_____The Home Depot, Inc._____          _____10/14/05_____

Party                                                          Date

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

**Party**                                          **Reason(s) for No Service**

None.

**Supplemental Civil Cover Sheet**
**Page - 2**

6.      **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

<u>**Party**</u>                                    <u>**Reason**</u>

None.


7.      **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

<u>**Party**</u>                                    <u>**Claim(s)**</u>

Plaintiff                               Personal Injury
                                        Theft of Property

Defendants                              Deny All Claims


162505.127/civil cover sheet.supp